IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-101-BO

SHEET METAL WORKERS' HEALTH & )
WELFARE FUND OF NORTH CAROLINA, )
*et al.*, )
       Plaintiffs, )
)
v. )     ORDER
)
STROMBERG METAL WORKS, INC., *et al.*, )
       Defendants. )

This cause comes before the Court on defendant Stromberg Metal Works' motion for updated consolidated briefs concerning summary judgment. [DE 106]. For good cause shown, the motion is GRANTED. The parties are each permitted twenty-one (21) days from the date of entry of this order to provide the Court with a supplemental brief, not to exceed twenty pages, limited to the legal authorities and citations applicable in the Fourth Circuit.

SO ORDERED, this 28 day of June, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE