UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' HEALTH & WELFARE FUND OF NORTH CAROLINA, SHEET METAL WORKERS' UNION TRAINING FUND OF NORTH CAROLINA, SHEET METAL WORKERS' NATIONAL PENSION FUND, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY, and SHEET METAL WORKERS' INTERNATIONAL SCHOLARSHIP FUND, <br><br> Plaintiffs, <br><br> v. <br><br> STROMBERG METAL WORKS, INC., TRIANGLE SERVITEK, LLC, JOEL GARCIA CASTILLO, and JAZMIN CASTREJON, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:21-CV-101-BO** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on June 1, 2021 all claims and causes of action asserted in this lawsuit against Defendants Triangle Servitek, LLC, Joel Garcia Castillo, and Jazmin Castrejon were dismissed with prejudice.

IF IS FURTHER ORDERED, AND DECREED that defendant's motion for summary judgment [DE 57] is DENIED; plaintiffs' motion for summary judgment [DE 65] is GRANTED; plaintiffs' motion to strike [DE 82] is GRANTED IN PART and DENIED IN PART; defendants' motion to strike [DE 86] is DENIED; defendant's motion to strike [DE 87] is DENIED. Plaintiffs are

awarded $823,658.24 in delinquent contributions for the audit period plus liquidated damages and interest on the delinquency in the amount of $430,658.16.

**This Judgment Filed and Entered on September 23, 2021, and Copies To:**

| | |
|---|---|
| Narendra K. Ghosh | (via CM/ECF electronic notification) |
| Karla M. Campbell | (via CM/ECF electronic notification) |
| R. Jan Jennings | (via CM/ECF electronic notification) |
| R. Daniel Boyce | (via CM/ECF electronic notification) |
| Douglas Ray Pierce | (via CM/ECF electronic notification) |
| Michael D. Oesterle | (via CM/ECF electronic notification) |
| Glenn Wade Leach, III | (via CM/ECF electronic notification) |
| M. Clark Spoden | (via CM/ECF electronic notification) |
| Matthew J. DeVries | (via CM/ECF electronic notification) |

DATE:  
September 23, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk