IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-101-BO

SHEET METAL WORKERS' HEALTH       )
WELFARE FUND OF NORTH CAROLINA,    )
*et al.*,                                       )
             Plaintiffs,             )
                                        )
v.                                       )           O R D E R
                                        )
STROMBERG METAL WORKS, INC., *et al.*,   )
             Defendants.           )

The Court has been advised that the parties have settled all matters in controversy among them. [DE 160]. The parties are DIRECTED to file the appropriate stipulation or motion to close the case not later than May 15, 2025, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated. Failure to comply with this order will result in this matter being dismissed with prejudice.

In light of the foregoing, the bench trial scheduled to commence on April 22, 2025, is cancelled. The pending trial-related motions [DE 151; DE 154; DE 155; DE 156] are DENIED without prejudice.

SO ORDERED, this 17 day of April 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE